IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

RENARD MACKLIN #20121014070,  )
                              )
            Plaintiff,        )
                              )
     v.                       )    No.  12 C 9979
                              )
COOK COUNTY DEPARTMENT OF     )
CORRECTIONS, et al.,          )
                              )
            Defendants.       )

                     MEMORANDUM ORDER

Renard Macklin ("Macklin") has employed the form of Complaint made available by the Clerk's Office for use by persons who seek to advance claims under 42 U.S.C. §1983 for asserted violations of their constitutional rights while they are or were in custody.[1] Macklin has accompanied the Complaint with an In Forma Pauperis Application ("Application"), Paragraph 1 of which reflects that he is no longer in custody, so that the provisions of 28 U.S.C. §1915 that set out arrangements for granting in forma pauperis status through payment of the $350 filing fee in installments are inapplicable.

That being the case, Macklin's Application amply demonstrates his financial inability to pay the filing fee up front. But his Statement of Claim in Complaint ¶IV, which charges that he was subjected to assertedly unconstitutional conditions while in custody at the Cook County Jail from October

---

    [1]   All further references to Title 42's provisions will simply take the form "Section--."

14 to October 24, has not satisfied the precondition to such actions prescribed by Section 1997e(a):

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

Accordingly no action will be taken on the Application at this time. Instead Macklin is ordered to file copies of any documents reflecting any prior pursuit and exhaustion of administrative remedies (including any responsive actions taken by the authorities) on or before January 18, 2013, failing which this action will have to be dismissed for noncompliance with the statutory precondition.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 20, 2012