IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RENARD MACKLIN #20121014070,   )
                               )
            Plaintiff,         )
                               )
      v.                       )   No. 12 C 9979
                               )
COOK COUNTY DEPARTMENT OF      )
CORRECTIONS, et al.,           )
                               )
            Defendants.        )

MEMORANDUM ORDER

This Court's December 20, 2012 memorandum order ("Order") directed pro se plaintiff Renard Macklin ("Macklin") "to file copies of any documents reflecting any prior pursuit of exhaustion of administrative remedies (including any responsive actions taken by the authorities) on or before January 18, 2013." Nothing has been forthcoming from Macklin, so that as presaged in the Order this action is dismissed for noncompliance with the statutory precondition established by 42 U.S.C. §1997e(a).

Fortunately for Macklin, because he is no longer in custody he is spared the procedure that Congress has decreed in 28 U.S.C. §1915, under which persons in custody who seek to advance claims under 42 U.S.C. §1983 for asserted violations of their constitutional rights are saddled with the obligation to pay the $350 filing fee in future installments. Accordingly this Court denies Macklin's In Forma Pauperis Application as moot.

_____
                              Milton I. Shadur
Date: January 30, 2013   Senior United States District Judge